# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ANN HILL, | ) 1:05cv1018 AWI DLB |
| | ) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S ) MOTION FOR EXPEDITED DECISION ) AND SETTING BRIEFING SCHEDULE |
| v. | ) |
| | ) (Document 14) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

   Plaintiff, proceeding pro se, seeks review of an administrative decision of the Commissioner of Social Security denying her claim for disability benefits under the Social Security Act.

   The Court recently received a document from Plaintiff in which she requests that the Court expedite a decision in her case. The Court GRANTS Plaintiff's request. As it appears that the settlement procedure outlined in the August 12, 2005, Scheduling Order will be of little value, Plaintiff is ORDERED to file her opening brief within thirty (30) days of the date of service of this order. Defendant's opposition and Plaintiff's reply will be filed in accordance with the Scheduling Order.

   IT IS SO ORDERED.

   Dated:   January 24, 2006            /s/ Dennis L. Beck
3b142a                        UNITED STATES MAGISTRATE JUDGE

1