# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ANN HILL, ) | 1:05cv1018 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER REGARDING PLAINTIFF'S OPENING BRIEF |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) of Social Security, ) | |
| ) | |
| Defendant. ) | |

    Plaintiff, proceeding pro se, seeks review of an administrative decision of the Commissioner of Social Security denying her claim for disability benefits under the Social Security Act.

    On January 25, 2006, the Court granted Plaintiff's request for an expedited decision. Plaintiff was ordered to file an opening brief within thirty (30) days of the date of service of the order.

    On March 7, 2006, Plaintiff filed a document entitled, "Addendum- Supplement to Opening Brief" in which she describes her ailments and medications. However, the document does not set forth any arguments or otherwise discuss the administrative decision under review. Moreover, although this document is titled as an addendum/supplement to an opening brief, Plaintiff has not filed an opening brief.

1    Plaintiff is advised that the document filed on March 7, 2006, is not sufficient to allow
2 this Court to review the administrative decision.  As set forth in the August 12, 2005, Scheduling
3 Order, the opening brief must shall contain the following:
4    (a) a plain description of appellant's alleged physical or emotional impairments, when
5 appellant contends they became disabling, and how they disable appellant from work;
6    (b) a summary of all relevant medical evidence including an explanation of the
7 significance of clinical and laboratory findings and the purpose and effect of prescribed
8 medication and therapy;
9    (c) a summary of the relevant testimony at the administrative hearing;
10    (d) a recitation of the Commissioner's findings and conclusions relevant to appellant s
11 claims;
12    (e) a short, separate statement of each of appellant's legal claims stated in terms of the
13 insufficiency of the evidence to support a particular finding of fact or reliance upon an erroneous
14 legal standard; and
15    (f) argument separately addressing each claimed error.  Argument in support of each
16 claim of error must be supported by citation to legal authority and explanation of the application
17 of such authority to the facts of the particular case.  Briefs that do not substantially comply with
18 these requirements will be stricken.
19    The Court recognizes that Plaintiff is representing herself, and will therefore allow
20 Plaintiff additional time to file an opening brief that sets forth her arguments.  If Plaintiff fails to
21 do so, the Court will be unable to review the administrative decision and will recommend that the
22 case be dismissed.
23    Accordingly, Plaintiff is granted thirty (30) days from the date of service of this order to
24 file an opening brief that substantially complies with the above requirements.  At the very least,
25 Plaintiff must identify her reasons for disagreeing with the Commissioner's decision.
26    IT IS SO ORDERED.
27    Dated:   **March 10, 2006**          **/s/ Dennis L. Beck**
   3b142a              UNITED STATES MAGISTRATE JUDGE
28