# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ANN HILL, ) | 1:05cv1018 AWI DLB |
| ) | |
| ) | |
| ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, ) | RECOMMENDATION |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff filed her complaint for review of the final decision of the Commissioner of Social Security on August 18, 2005.

On June 22, 2006, the Magistrate Judge issued Findings and Recommendation that the complaint be dismissed for Plaintiff's failure to obey the Court's order and failure to prosecute the action. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within fifteen (15) days of the date of service of the order. Plaintiff has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 22, 2006, is ADOPTED IN FULL; and
2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security is DENIED and JUDGMENT is entered for Defendant Jo Anne B. Barnhart and against Plaintiff Ruth Ann Hill.

IT IS SO ORDERED.

**Dated:   September 12, 2006**          /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE